DEFENDANT: CHRISTINA PORTILLOS

DOB: 1979

ADDRESS:   Colorado Springs, CO   80903

COMPLAINT FILED?   _____ YES   X    NO

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| | **Counts 10, 12 14-17, 30** | 18 U.S.C. § 287 – False Claims for Refund |
| LOCATION OF OFFENSE: | | El Paso County, Colorado<br>Pueblo County, Colorado<br>Delta County, Colorado<br>Logan County, Colorado<br>Crowley County, Colorado<br>Denver County, Colorado |
| PENALTY: | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| | **Counts 10, 12 14-17, 30** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

AGENT:           Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDETF CASE:    _____ Yes         __X___ No