IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RAUL CARAVEO,
2.     PAMILA LUCERO,
3.     SABRINA CARAVEO,
4.     EUGENE CHAVES,
5.     **CAROLINA ARAGON**, and
6.     CHRISTINA PORTILLOS,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Robert W. Pepin
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    MS. Carolina Aragon *(via U.S. Mail)*

                              s/ Robert W. Pepin
                              Robert W. Pepin
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Robert_Pepin@fd.org
                              Attorney for Defendant