IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00147-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT VANDORI JOHNSON,

      Defendant.

_____

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS**
_____

      Robert Vandori Johnson (Mr. Johnson), by and through his attorney, David E. Johnson, hereby requests this Court extend the deadline for filing pretrial motions until May 15, 2015.  In support of this motion, Mr. Johnson states:

      1.    Mr. Johnson, Defendant, is charged in a one count indictment with violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm.  *See* Doc. No. 16.

      2.    Trial is currently set for June 8, 2015.  Pretrial motions are currently due by April 27, 2015.  *See* Doc. No. 21.

      3.    At this point in time, undersigned counsel has identified potential pre-trial motions that may be filed in this case.  However, additional time is needed to adequately and completely research, investigate and draft such motions, if such motions are to be filed.  This is true despite the diligence of counsel and his office.  Extending the motions deadline to May 15, 2015 will assist counsel in this endeavor.

4.	This additional time is necessary in order to effectively represent Mr. Johnson in this case.

5.	Undersigned counsel has conferred with counsel for the government, Assistant United States Attorney Rebecca Weber, who stated that she has no opposition to this request.

WHEREFORE, Mr. Johnson asks this Court to extend the deadline for filing pretrial motions to and including May 15, 2015.

>	Respectfully submitted,
>
>	VIRGINIA L. GRADY
>	Federal Public Defender
>
>
>	s/ David E. Johnson
>	David E. Johnson
>	Assistant Federal Public Defender
>	633 17th Street, Suite 1000
>	Denver, CO  80202
>	Telephone:  (303) 294-7002
>	FAX:  (303) 294-1192
>	David_Johnson@fd.org
>	Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I electronically filed the foregoing

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Rebecca Susan Weber, Assistant U.S. Attorney
Email: Rebecca.weber@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Robert Vandori Johnson *(via U.S. Mail)*

s/ David E. Johnson
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant