IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    RAUL CARAVEO,
2.    PAMILA LUCERO,
3.    SABRINA CARAVEO,
4.    EUGENE CHAVES,
5.    **CAROLINA ARAGON**,
6.    CHRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

       Defendant.

_____

**MOTION TO ALLOW CAROLINA ARAGON TO WAIVE APPEARANCE AT INITIAL APPEARANCE ON SUPERSEDING INDICTMENT AND ARRAIGNMENT**
_____

Carolina Aragon, by and through her attorney, Assistant Federal Public Defender Robert W. Pepin, moves that she be allowed to waive her appearance at both the Initial Appearance on Superseding Indictment scheduled for June 25, 2015 at 10:00 a.m. and the subsequent Arraignment which has yet to be scheduled. In support of this request Ms. Aragon states as follows:

    1.    Ms. Aragon is one of the defendants subject to a superseding indictment that was filed on June 10, 2015.

2. This Court has scheduled an Initial Appearance on Superseding Indictment for June 25, 2015 at 10:00 a.m. An arraignment is certain to be either held at the time of the initial appearance or at a date subsequent.

3. Ms. Aragon has already appeared for an arraignment on the initial Indictment for this case. On April 23, 2015 she entered a plea of not guilty at that arraignment. (See Document # 42).

4. Ms. Aragon and her counsel are aware of the provisions of Federal Rule of Criminal Procedure 10 (b) entitled **Waiving Appearance** which states:

> (b) **Waiving Appearance.** A defendant need not be present for the arraignment if:
>
> (1) the defendant has been charged by indictment or misdemeanor information;
>
> (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance, and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
>
> (3) the court accepts the waiver.

5. Attached to this motion the Court will find Ms. Aragon's **Waiver of Appearance at Initial Appearance and Arraignment.** The **Waiver** meets the criteria described in R Crim.P 10, with the exception, of course, of the Court's acceptance of the waiver.

6. Ms. Aragon lives in Pueblo, Colroado. She suffers from liver disease and is on a liver transplant list. The parties are in the process of scheduling a deposition of Ms. Aragon due to the delicate nature of her health and the possibility that she will be in considerably feebler health or actually in recovery following the transplant procedure at

the time of trial. For her, travel to Denver is a burden beyond that experienced by the everyday defendant.

7. The parties, including the government, have been contacted by e-mail to determine if they have an objection to Ms. Aragon's presence being waived. All but John Schlie responded that they have no objection. Counsel has not yet heard from Mr. Schlie.

Wherefore, Carolina Aragon moves that the Court accept her waiver of her appearance at both the Initial Appearance on Superseding Indictment scheduled for June 25, 2015 at 10:00 a.m. and the subsequent Arraignment which has yet to be scheduled.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Robert W. Pepin
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, I electronically filed the foregoing

**MOTION TO ALLOW CAROLINA ARAGON TO WAIVE APPEARANCE AT INITIAL APPEARANCE ON SUPERSEDING INDICTMENT AND ARRAIGNMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Carolina Aragon *(via U.S. Mail)*

                                                s/ Robert W. Pepin
                                                Robert W. Pepin
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                Robert_Pepin@fd.org
                                                Attorney for Defendant