# ATTACHMENTS

United States v. Aragon
Case No. 15-cr-00149-JLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  **CAROLINA ARAGON**,

    Defendant.

---

## WAIVER OF APPEARANCE AT INITIAL APPEARANCE AND FOR ARRAIGNMENT

---

I, Carolina Aragon, hereby waive my appearance for the Initial Appearance on Superseding Indictment scheduled for June 25, 2015 and for the Arraignment, which has yet to be scheduled.

I understand that I have the right to attend both the Initial Appearance on Superseding Indictment scheduled for June 25, 2015 and the Arraignment.

I further understand that I need not be present for the Arraignment assuming certain conditions are met. I do not wish to be present for either the Initial Appearance or the Arraignment.

I have been charged by indictment, for which I appeared in court and entered my plea of not guilty. I have now also been charged by a superseding indictment which changes nothing about the charges against me as outlined in the original indictment, except for count numbers.

I affirm that I have received copies of both the original indictment and the superseding indictment.

I ask that the Court accept this document as a written waiver of appearance for both the Initial Appearance and the Arraignment, signed by both myself and Robert Pepin, my defense counsel.

I affirm that my plea to the charges outlined in the superseding indictment is not guilty.

Respectfully submitted,

_____       June 15, 2015
Carolina Aragon      Date

_____      June 15, 2015
Robert W. Pepin      Date
Attorney for Carolina Aragon