**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVES,
5. CAROLINA ARAGON,
6. CHRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

     This matter comes before the court on Defendant Carolina Aragon's ("Defendant") Motion to Waive Appearance at Initial Appearance on Superseding Indictment and Arraignment, filed June 22, 2015 [#111] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  Accordingly, the court hereby accepts the waiver of appearance tendered by Defendant's Motion.

DATED June 24, 2015