IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAUL CARAVEO,
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON,
6.  CRISTINA PORTILLOS,
7.  CONRAD ARCHULETA, and
8.  NANCY GUZMAN,

    Defendants.

---

### ORDER AUTHORIZING VIDEOTAPED DEPOSITION OF DEFENDANT CAROLINA ARAGON PURSUANT TO FED. R. CRIM. P. 15

---

Upon consideration of the Government's Motion for Court Order Authorizing Videotaped Deposition of Defendant Carolina Aragon Pursuant to Fed. R. Crim. P. 15 (Doc. 148), I HEREBY FIND THAT:

The United States has established that exceptional circumstances exist and that the interests of justice would be served by allowing the videotaped deposition of Defendant Carolina Aragon.  Accordingly, it is:

ORDERED that the videotaped deposition of Defendant Carolina Aragon will occur at 10:00 a.m. on August 12, 2015, in Courtroom A201 of the Arraj Federal Courthouse, 901 19th Street, Denver, CO  80294.

2

IT IS ALSO ORDERED that Counsel for Defendant Sabrina Caraveo is allowed to appear at this deposition by telephone, and that counsel for the United States shall file the necessary paperwork to secure the presence of incarcerated Defendants Raul Caraveo, Eugene Chavez, and Conrad Archuleta at the deposition.

Dated this 14th day of July, 2015.

BY THE COURT:

**s/ John L. Kane**
Senior U.S. District Judge