IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVES,
5. **CAROLINA ARAGON**,
6. CHRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

   Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

  Carolina Aragon, by and through her attorney, Assistant Federal Public Defender Robert W. Pepin, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

Respectfully submitted,


VIRGINIA L. GRADY
Federal Public Defender


s/ Robert W. Pepin
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2015, I electronically filed the foregoing

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Carolina Aragon *(via U.S. Mail)*


    s/ Robert W. Pepin
    Robert W. Pepin
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant