IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAUL CARAVEO,
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ**,**
5.  **CAROLINA ARAGON,**
6.  CRISTINA PORTILLOS,
7.  CONRAD ARCHULETA, and
8.  NANCY GUZMAN,

    Defendants.

## ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 37, 38, and 39 of the Superseding Indictment with respect to Defendant Carolina Aragon only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.   ] is GRANTED.  It is further

ORDERED that Counts 37, 38, and 39 of the Superseding Indictment are dismissed with prejudice as to Defendant Carolina Aragon only.

1

2

DATED this _____ day of _____, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado

2