IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: n/a | Date: August 12, 2015<br>Interpreter: n/a |

**CASE NO. 15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| 5. CAROLINA ARAGON, | Robert Pepin |
| Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA**

**COURT IN SESSION:**     02:13 p.m.

Appearances of counsel.  Defendant is present and on bond.

Defendant sworn and answers true name; Defendant is 58 years old.

**EXHIBITS:** Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Superseding Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:   Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:   Sentencing is set for **November 20, 2015 at 1:00 p.m.**

**ORDERED:**   Defendant continued on bond.

**COURT IN RECESS:**        **02:45 p.m.**
**Total in court time:**        **00:32**
**Hearing concluded**