**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Patricia Glover        Date:  August 19, 2015
Court Reporter:     Tammy Hoffschildt        Interpreter:  n/a
Probation Officer: n/a

---

**CASE NO.  15-cr-00149-RM**

<u>Parties</u>                                                    <u>Counsel</u>

UNITED STATES OF AMERICA,                    Martha Ann Paluch

      Plaintiff,

v.

2.  PAMILA LUCERO,                                    John Schile
3.  SABRINA CARAVEO,                              Marci Gilligan (by phone)
4.  EUGENE CHAVEZ,                                 Thomas Ward
6.  CHRISTINA PORTRILLOS,                       John Mosby

      Defendants.

---

**COURTROOM MINUTES**

---

**STATUS CONFERENCE**

**COURT IN SESSION:**      9:00 a.m.

Appearances of counsel.  Defendant's appearances have been waived.

The Court addresses present status of the case, including the speedy trial calculation.

Statements from counsel addressing speedy trial calculation dates.

The Court addresses motion(s) deadline.

Statements from counsel addressing various issues.

The Court sets no additional deadlines at this time.

**COURT IN RECESS:**    **9:37 a. m.**
**Total in court time:**    **37 minutes**
**Hearing concluded**