IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. **CAROLINA ARAGON,**
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.
_____

**GOVERNMENT'S OBJECTIONS TO DEFENDANT CAROLINA ARAGON'S
PRESENTENCE INVESTIGATION REPORT (DOC. 241)**
_____

    The United States of America, through Assistant U.S. Attorney Martha A. Paluch, hereby submits the following objections to the Presentence Investigation Report (Report), filed on October 19, 2015, with respect to Defendant Carolina Aragon.  Doc. 241.

    1.   With respect to the information pertaining to defendant's codefendants contained on Page 1 of the Report, the government notes that codefendant Eugene Chavez pled guilty to Count 1 of the Superseding Indictment, Conspiracy to File False Claims for Refund, on October 27, 2015.  He is scheduled to be sentenced on January 19, 2016.

    2.   As to related cases as noted on Page 1 of the Report, the government

1

informs the Court that on July 28, 2015, unindicted coconspirator Melanie Palumbo pled guilty to an Information charging a violation of Title 26, United States Code, Section 7207, Submission of a Fraudulent Tax Return, in Case No. 15-mj-01100-MEH.  Ms. Palumbo is cooperating with the government and will be testifying at any trial in this case.  Her sentencing hearing will be scheduled at the conclusion of this case.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

s/*Mariah Tracy*
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303 454-0100
Fax: 303 454-0402
Email: mariah.tracy@usdoj.gov

3