IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAUL CARAVEO,
2.    PAMILA LUCERO,
3.    SABRINA CARAVEO,
4.    EUGENE CHAVES,
5.    **CAROLINA ARAGON**,
6.    CHRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

    Defendant.

_____

### RESPONSE TO PRESENTENCE INVESTIGATION REPORT
_____

Carolina Aragon, having reviewed her Presentence Investigation Report (PSIR) with her attorney, Assistant Federal Public Defender Robert W. Pepin, responds:

1. She has no objections, clarifications, or amendments, assuming that the two offense levels described in Paragraph #21 of the initial submission is removed, along with its two offense level addition.

2. The defense will be asking for a sentence to probation.

Respectfully submitted,


VIRGINIA L. GRADY
Federal Public Defender


s/ Robert W. Pepin
Robert W. Pepin
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Robert_Pepin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing

**RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    MS. Carolina Aragon *(via U.S. Mail)*

                                      s/ Robert W. Pepin
                                      Robert W. Pepin
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Robert_Pepin@fd.org
                                      Attorney for Defendant