IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. **CAROLINA ARAGON,**
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

---

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT CAROLINA ARAGON'S NOVEMBER 20, 2015 SENTENCING HEARING**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves, without opposition, that Defendant Carolina Aragon's November 20, 2015 sentencing hearing be continued.  In support of this motion, the government asserts as follows:

    1.    Defendant Carolina Aragon (defendant) pled guilty to Count 1 of the Superseding Indictment on August 12, 2015.  She is scheduled to be sentenced at 1:00 p.m. on November 20, 2015.  Doc. 180.

    2.    As part of her plea agreement, the defendant agreed to "testify fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government."  Doc. 181 at 3, ¶ c.

1

3. All but two defendants have pled guilty in this case. A trial date has not yet been set for Defendants Pamila Lucero and Cristina Portillos. The speedy trial clock is currently set to expire on February 23, 2016. Doc. 213.

4. In her plea agreement, the defendant agreed to "postponements of her sentencing, as requested by the government and as approved by the Court." *Id.* at 3, ¶ e. Because it is likely that the defendant will be called to testify for the government at the trial of Defendants Lucero and Portillos, the government respectfully requests that the defendant's November 20, 2015 sentencing hearing be continued until March of 2016, or until a date convenient to the Court.

5. Undersigned counsel has conferred with defendant's counsel, Mr. Robert Pepin, about this motion. Mr. Pepin represents that the defendant does not oppose this motion.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
gilligan@ridleylaw.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com

 

s/ *Mariah Tracy*  
MARIAH TRACY  
Legal Assistant  
U.S. Attorney's Office  
1225 17th St., Suite 700  
Denver, CO  80202  
Telephone:  (303) 454-0100  
Fax:  (303) 454-0401  
e-mail: Mariah.Tracy@usdoj.gov