IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **RAUL CARAVEO,**
2. **PAMILA LUCERO,**
3. **SABRINA CARAVEO,**
4. **EUGENE CHAVEZ,**
5. **CAROLINA ARAGON, and**
6. **CHRISTINA PORTILLOS,**

    Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE

---

The undersigned counsel, Assistant United States Attorney Bryan D. Fields, enters his appearance as counsel for the United States in the above-captioned action.

DATED this 22nd day of February, 2016.

                              JOHN F. WALSH
                              United States Attorney

                By:    *s/Bryan D. Fields*
                              BRYAN FIELDS
                              Assistant United States Attorney
                              United States Attorney's Office
                              1225 17th Street, Suite 700
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              FAX: (303) 454-0409
                              E-mail: Bryan.Fields@usdoj.gov
                              Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2016, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov