IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-05

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CAROLINA ARAGON,

      Defendant.

---

### GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby moves for a reduction of Defendant Carolina Aragon's sentence, pursuant to the provisions of § 5K1.1, U.S. Sentencing Guidelines, in light of the defendant's substantial assistance to the government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of this motion, the government states as follows:

*Summary of Cooperation*

The defendant admitted her involvement in this matter when first interviewed by IRS Special Agent Tony Romero and participated in a detailed debriefing session with government counsel and Agent Romero.   Due to the defendant's serious health condition, she agreed to provide testimony via a video-taped deposition in Denver in August of 2015.   This deposition lasted for a number of hours, during which the

defendant testified on direct examination and was cross examined by a number of defense attorneys.

During her debrief session, the defendant was questioned on a variety of topics pertaining to her knowledge and participation in the conspiracy to defraud the United States as alleged in Count 1 of the Superseding Indictment.   The defendant provided specific knowledge as to other individuals involved in the scheme, how the scheme worked, and the terminology used by her and her coconspirators.   The defendant also provided to the government documentation related to the conspiracy.   Specifically, the defendant retained letters sent to her from Raul Caraveo which letters gave her instructions for carrying out her role in the scheme, as well as letters sent by the IRS to her address in relation to the scheme.   A box of these documents provided by the defendant to the government was admitted as an exhibit at the trial of Cristina Portillos.

During her debrief session and deposition, the defendant was asked to review tax returns filed in this scheme in which she was involved, as well as identify checks that she cashed or had others cash.   The information the defendant provided was valuable to further the investigation, to identify participants in the conspiracy, to decipher code terms used in recorded Department of Corrections (DOC) calls, and to place statements made in those calls in context.   The defendant's information has proven to be reliable and has consistently been corroborated by Agent Romero.

The defendant also participated in two meetings prior to the trial of her co-defendant Cristina Portillos.   The first of these meetings took place in Pueblo, and the second meeting occurred in Denver.   The defendant testified at trial and was subjected to cross-examination.   In addition, the defendant was advised to have a medical

procedure the week of Ms. Portillos's trial.   The defendant postponed her medical
procedure in order to make herself available to testify, at much discomfort to herself.

In the government's view, the defendant provided valuable assistance in the
investigation and prosecution of this case.

*Government's Recommendation*

Based on the defendant's above-described cooperation, the government
requests that the defendant be afforded a reduction in her sentence pursuant to U.S.S.G.
§ 5K1.1.   Her cooperation has been of substantial assistance to the government in that it
has been complete, truthful and reliable.

Specifically, the government recommends that the defendant's overall sentence
be reduced such that she receive a sentence of credit for time served[1] with a three-year
period of supervised release, rather than the 10-month prison sentence as recommended
by the probation office.   Given the defendant's significant health issues, the medical
assistance she would require in prison is substantial.   The government submits that the
goals of 18 U.S.C. § 3553(a) can be achieved through the recommended sentence, and
that such sentence is warranted, given the defendant's substantial assistance.

WHEREFORE, the United States respectfully recommends that this Court grant its
Motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title
18, United States Code, to depart below defendant's applicable sentencing guideline
range in imposing a sentence based upon the defendant's substantial assistance.

_____

[1]DOJ policy precludes the government from arguing for a straight probationary sentence on a
felony tax case.

Respectfully submitted this 2nd day of June, 2016.

JOHN F. WALSH
United States Attorney

By:   *s/Martha A. Paluch*
MARTHA A. PALUCH
BRYAN D. FIELDS
Assistant United States Attorneys
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone: (303) 454-0100
Fax:   (303) 454-0402
e-mail:   Martha.paluch@usdoj.gov
bryan.fields3@usdoj.gov
Attorneys for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2016, a true and correct copy of the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. David Owen
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche
Counsel for Sabrina Caraveo
labranche@ridleylaw.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Sullivan
Counsel for Nancy Guzman
jfslaw1@aol.com

_s/Maggie E. Grenvik_____
Maggie E. Grenvik
Legal Assistant