IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    CAROLINA ARAGON,

    Defendant.

---

ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on June 16, 2016, it is hereby

ORDERED that Defendant, CAROLINA ARAGON, is sentenced to **TIME SERVED.**

Dated:   June 16, 2016.

BY THE COURT:

RAYMOND P. MOORE,
UNITED STATES DISTRICT JUDGE