IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. **CAROLINA ARAGON,**
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

      Defendants.

---

### ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice (ECF No. 178) Counts 37, 38, and 39 of the Superseding Indictment with respect to Defendant Carolina Aragon only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc. 178] is GRANTED.  It is further

1

ORDERED that Counts 37, 38, and 39 of the Superseding Indictment are dismissed with prejudice as to Defendant Carolina Aragon only.

DATED this 16th day of June, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge